| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>US Bank National Association, as Trustee For Credit Suisse First Boston Mortgage Securities Corp, CSAB Mortgage-Backed Trust 2006-4, CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 | **Order Filed on December 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:  19-10045 RG<br><br>Adv. No.:<br><br>Hearing Date:  11/20/19 @ 10:00 a.m..<br><br>Judge:  Rosemary Gambardella |
| In Re:<br>     Reynaldo L. Manansala<br><br>Debtor. | |

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 20, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case 19-10045-RG    Doc 25    Filed 12/20/19    Entered 12/20/19 15:14:15    Desc Main

**(Page 2)**
Debtor:  Reynaldo L. Manansala
Case No:  19-10045 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, US Bank National Association, as Trustee For Credit Suisse First Boston Mortgage Securities Corp, CSAB Mortgage-Backed Trust 2006-4, CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 8 Locust Avenue, Dumont, NJ 07628, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael G. Boyd, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 3, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2019 through December 2019 for a total post-petition default of $10,637.52 (3 @ $3,545.84); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $10,637.52 will be paid over nine months by Debtor remitting $1,181.94 per month for eight months and $1,182.00 for one month, which additional payments shall begin on January 1, 2019 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.