Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−10045−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reynaldo L. Manansala
   8 Locust Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−7367

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Reynaldo Manansala the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 2/13/20.

Select Portfolio Servicing

Dated: February 14, 2020
JAN: mlc

                                                   Jeanne Naughton
                                                   Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 19-10045-RG
Reynaldo L. Manansala                                               Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 1             Date Rcvd: Feb 14, 2020
                               Form ID: 226                Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db             +Reynaldo L. Manansala,    8 Locust Avenue,    Dumont, NJ 07628-3515
517949537      +Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
518132116      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518132117      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517993489      +U.S. Bank National Association, as Trustee,    c/o Wells Fargo Bank, N.A.,
                 Attention Payment Processing,   MAC# F2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
517949539      +Wells Fargo Home Mortgage,    MAC40151-025,    210 Wildwood PArkway,    Birmingham, AL 35209-7317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2020 01:17:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517949536       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 01:22:45      Capital One,
                 1500 Capital One Drive,    Richmond, VA 23238
517949535      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 01:22:46      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518007507      +E-mail/Text: bk.notifications@jpmchase.com Feb 15 2020 01:17:26      JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517949538      +E-mail/Text: jennifer.chacon@spservicing.com Feb 15 2020 01:18:44
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4 cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Securities Corp., CSAB
               Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as
               Trustee dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National, Association, as Trustee et al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Credit Suisse First Boston Securities Corp., CSAB
               Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as
               Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National, Association, as Trustee et
               al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael G. Boyd    on behalf of Debtor Reynaldo L. Manansala michaelboydlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```