UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael G. Boyd (MB-4904)
Boyd & Squitieri LLC
157 Engle Street
Englewood, NJ 07631
201-894-9800
Attorney for Debtor

In Re:

Reynaldo L. Manansala

Case No.: 19-10045

Judge: RG

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ___Specialized Loan Servicing___,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☒ Payments have been made in the amount of $ ___11,228.52___, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

Debtor will make immediate payment of $4,727.78 which covers the regular April payment of $3,545.84 plus the $1,181.94 monthly cure towards arrears. The balance of $6,500.66 in arrears will be paid by rolling into the Chapter 13 Plan.

☒ Other (**explain your answer**):
Mr. Manansala's adult son who is in the household was diagnosed with COVID-19. Mr. Manansala has had symptoms of COVID-19, but has not been able to be tested. His doctor ordered him to stay home and not work. He is not receiving his income at this time.
Lender did not include a proper payment history with its Cert. per the local forms.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 04/17/2020

_____
Debtor's Signature

Date: 04/17/2020

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



# BANK OF AMERICA

**REYNALDO L MANANSALA** | Account # 0040 5601 1762 | January 23, 2020 to February 19, 2020

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 01/27/20 | BKOFAMERICA ATM 01/25 #000009792 DEPOSIT NEW MILFORD    NEW MILFORD    NJ | 6,900.00 |
| 01/30/20 | HOLY NAME MEDICA DES:PAYROLL    ID:000026286  INDN:    CO ID:1221487322 PPD | 1,307.62 |
| 01/31/20 | FRESENIUS MEDICA DES:DIRECT DEP ID:608072492545DBX  INDN:MANANSALA,JOSEPHINE CO ID:9111111103 PPD | 1,293.93 |
| 02/03/20 | BKOFAMERICA ATM 02/02 #000006741 DEPOSIT WOODBINE    BERGENFIELD    NJ | 685.05 |
| 02/12/20 | SSA  TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:REYNALDO MANANSALA    CO ID:9031736042 PPD | 1,252.00 |
| 02/13/20 | HOLY NAME MEDICA DES:PAYROLL    ID:000026286  INDN:    CO ID:1221487322 PPD | 1,650.39 |
| 02/14/20 | FRESENIUS MEDICA DES:DIRECT DEP ID:709079281340DBX  INDN:MANANSALA,JOSEPHINE CO ID:9111111103 PPD | 1,247.37 |
| 02/18/20 | BKOFAMERICA ATM 02/16 #000001298 DEPOSIT WOODBINE    BERGENFIELD    NJ | 685.04 |

**Total deposits and other additions**                                **$15,021.40**

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/23/20 | SUEZ          DES:SUEZ       ID:10000012622222  INDN:REYNALDO MANANSALA    CO ID:1023927101 TEL | -291.59 |
| 01/24/20 | CHECKCARD  0123 CRSCR.COM 888-7333920  RI 24906410023087078107089 RECURRING | -39.90 |
| 01/24/20 | SELECT PORTFOLIO DES:SPS        ID:0009962457  INDN:JOSEPHINE MANANSALA    CO ID:1870465626 TEL | -483.35 |
| 01/27/20 | BKOFAMERICA ATM 01/25 #000009789 WITHDRWL NEW MILFORD    NEW MILFORD    NJ | -600.00 |
| 01/27/20 | STOP & SHOP 08  01/27 #000099336 PURCHASE STOP & SHOP 0828   DUMONT    NJ | -49.50 |
| 01/27/20 | FEDLOANSERVICING DES:STDNT LOAN ID:6NQCJMIANO1  INDN:JOSEPHRMANANSALA    CO ID:9102000803 TEL | -169.90 |
| 01/29/20 | SPECIALIZED LOAN DES:CHECKPAYMT CHECK #:4982  INDN:    CO ID:1331050584 ARC | -4,136.84 |
| 02/03/20 | BKOFAMERICA ATM 02/02 #000006738 WITHDRWL WOODBINE    BERGENFIELD    NJ | -600.00 |

continued on the next page

---

## Use Overdraft Protection to help prevent declined transactions

∞ Simply link your eligible checking account with another eligible Bank of America account.
Get started today at **bankofamerica.com/Overdraft**.

Overdraft Protection Transfer fees may apply. Please refer to your Personal Schedule of Fees for details.

SSM-04-19-0132.A | ARHB89TN

REYNALDO L MANANSALA   |   Account # 0040 5601 1762   |   November 20, 2019 to December 19, 2019

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 11/29/19 | STOP & SHOP 08  11/28 #000159488 PURCHASE STOP & SHOP 0828   DUMONT   NJ | -130.22 |
| 11/29/19 | MACY'S    01  11/29 #000955515 PURCHASE MACY'S    010 1 PARAMUS   NJ | -71.61 |
| 11/29/19 | SPECIALIZED LOAN DES:CHECKPAYMT CHECK #:4977  INDN:          CO ID:1331050584  ARC | -3,545.84 |
| 12/02/19 | BKOFAMERICA ATM 12/01 #000006174 WITHDRWL WOODBINE    BERGENFIELD  NJ | -200.00 |
| 12/05/19 | XXXXXXXXX ADD   DES:8009520270 ID:  INDN:JOSEPHINE MANANSALA   CO ID:0000100502 PPD | -12.37 |
| 12/09/19 | STOP & SHOP 08  12/09 #000240404 PURCHASE STOP & SHOP 0828   DUMONT   NJ | -29.03 |
| 12/10/19 | BKOFAMERICA ATM 12/10 #000008833 WITHDRWL NEW MILFORD    NEW MILFORD  NJ | -600.00 |
| 12/10/19 | CHAPTER13TRUST   DES:ONLINEPMT ID:10569920 INDN:MANANSALAREYNALDO    CO ID:2010813406 WEB | -2,021.00 |
| 12/10/19 | GREENBERGEPAYFE DES:ONLINEFEE ID:10569921 INDN:MANANSALAREYNALDO    CO ID:CH13EPAYGL WEB | -2.00 |
| 12/13/19 | SHOPRITE NORTH  12/13 #000589616 PURCHASE SHOPRITE NORTHVAL  NORTHVALE   NJ | -205.79 |
| 12/16/19 | VZ WIRELESS VN   DES:E CHECK    ID:6761723  INDN:JOSEPHINE *MANANSALA   CO ID:0000751800 TEL | -253.53 |
| 12/16/19 | FIS*VERIZON    DES:BILL PAY  ID:7889614981  INDN:NULL NULL       CO ID:7529071411 TEL | -185.90 |
| 12/16/19 | BILLMATRIX     DES:BILLPAYFEE ID:7889614982  INDN:BILLMATRIX       CO ID:7529000011 TEL | -3.50 |
| 12/17/19 | PUBLIC SERVICE  DES:PSEG      ID:006746783707  INDN:JOSEPHINE MANANSALA   CO ID:4221212800 PPD | -260.80 |
| 12/18/19 | CSAA IG     DES:AAA PAYMNT ID:000000093006009  INDN:JOSEPHINE R MANANSALA   CO ID:EXXXXXXXXX TEL | -420.09 |

**Total withdrawals and other subtractions** — **-$10,395.50**

## Checks

| Date | Check # | Amount |
|---|---|---|
| 12/18/19 |  | -350.25 |
| 11/21/19 | 4975 | -14.00 |
| 11/26/19 | 4978* | -15.00 |
| 11/26/19 | 4979 | -38.00 |

**Total checks** — **-$417.25**
**Total # of checks** — **4**

* There is a gap in sequential check numbers



# BANK OF AMERICA

**REYNALDO L MANANSALA**  |  Account # 0040 5601 1762  |  October 23, 2019 to November 19, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 10/24/19 | HOLY NAME MEDICA DES:PAYROLL   ID:000026286 INDN:           CO ID:1221487322 PPD | 931.41 |
| 10/25/19 | FRESENIUS MEDICA DES:DIRECT DEP ID:762050917643DBX  INDN:MANANSALA,JOSEPHINE CO ID:9111111103 PPD | 1,349.59 |
| 11/07/19 | HOLY NAME MEDICA DES:PAYROLL   ID:000026286 INDN:           CO ID:1221487322 PPD | 921.17 |
| 11/07/19 | BKOFAMERICA ATM 11/07 #000004416 DEPOSIT NEW MILFORD       NEW MILFORD   NJ | 500.00 |
| 11/08/19 | FRESENIUS MEDICA DES:DIRECT DEP ID:931812375495DBX  INDN:MANANSALA,JOSEPHINE CO ID:9111111103 PPD | 766.95 |
| 11/12/19 | BKOFAMERICA ATM 11/09 #000005296 DEPOSIT NEW MILFORD       NEW MILFORD   NJ | 1,486.67 |
| 11/13/19 | SSA  TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA INDN:REYNALDO MANANSALA    CO ID:9031736042 PPD | 1,232.00 |

**Total deposits and other additions**                                                                                          **$7,187.79**

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 10/24/19 | CHECKCARD  1023 CRSCR.COM 888-7333920  RI 24906419296081584927933 RECURRING | -39.90 |
| 10/25/19 | CHECKCARD  1023 TENAFLY CLASSIC DINER TENAFLY    NJ 24013399297003251307820 | -65.47 |
| 11/07/19 | SPECIALIZED LOAN DES:CHECKPAYMT CHECK #:4976 INDN:           CO ID:1331050584 ARC | -3,545.84 |
| 11/07/19 | CHAPTER13TRUST  DES:ONLINEPMT  ID:10426708  INDN:MANANSALAREYNALDO        CO ID:2010813406 WEB | -2,021.00 |
| 11/07/19 | GREENBERGEPAYFE  DES:ONLINEFEE  ID:10426709  INDN:MANANSALAREYNALDO       CO ID:CH13EPAYGL WEB | -2.00 |
| 11/08/19 | STOP & SHOP 08  11/08 #000064264 PURCHASE STOP & SHOP 0828   DUMONT      NJ | -110.01 |
| 11/12/19 | STOP & SHOP 08  11/11 #000934063 PURCHASE STOP & SHOP 0828   DUMONT      NJ | -39.53 |
| 11/18/19 | VZ WIRELESS VN  DES:E CHECK   ID:1911061 INDN:JOSEPHINE *MANANSALA   CO ID:0000751800 TEL | -330.13 |

continued on the next page

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like. Enter code **CADD** at bankofamerica.com/AdvisoryPanel to learn more and join.

on the Advisory Panel subject to qualifications.          SSM-01-19-2128A  |  ARG377KX