Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10045−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Reynaldo L. Manansala
 8 Locust Avenue
 Dumont, NJ 07628

Social Security No.:
 xxx−xx−7367

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

*36* − Certification in Opposition to (related document:35 Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage−Backed Pass−Through Certificates, Series 2006−4, U.S. Bank National Associat. Objection deadline is 04/23/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears and Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage−Backed Pass−Through Certificates, Series 2006−4, U.S. Bank National Associat) filed by Michael G. Boyd on behalf of Reynaldo L. Manansala. (Boyd, Michael)

Dated: 4/24/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court