Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–10045–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Reynaldo L. Manansala
8 Locust Avenue
Dumont, NJ 07628

Social Security No.:
xxx–xx–7367

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

*36* – Certification in Opposition to (related document:35 Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage–Backed Pass–Through Certificates, Series 2006–4, U.S. Bank National Associat. Objection deadline is 04/23/2020. (Attachments: # 1 Certification Regarding Post–Petition Payment History # 2 Exhibit Order Curing Post–Petition Arrears and Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage–Backed Pass–Through Certificates, Series 2006–4, U.S. Bank National Associat) filed by Michael G. Boyd on behalf of Reynaldo L. Manansala. (Boyd, Michael)

Dated: 4/24/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-10045-RG
Reynaldo L. Manansala                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1           Date Rcvd: Apr 24, 2020
                           Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db             +Reynaldo L. Manansala,    8 Locust Avenue,    Dumont, NJ 07628-3515
cr             +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
          Charles G. Wohlrab   on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
           Certificates, Series 2006-4 cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National, Association, as Trustee et al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   Credit Suisse First Boston Securities Corp., CSAB
           Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as
           Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Gavin  Stewart   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for
           Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
           Certificates, Series 2006-4, U.S. Bank National Associat bk@stewartlegalgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Credit Suisse First Boston Securities Corp., CSAB
           Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as
           Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank National, Association, as Trustee et
           al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Michael G. Boyd   on behalf of Debtor Reynaldo L. Manansala michaelboydlaw@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 9