UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael G. Boyd (MB-4904)
Boyd & Squitieri, LLC
157 Engle Street
Englewood, NJ 07631
Attorney for Debtor
201-894-9800

In Re:

REYNALDO MANANSALA

Case No.:          19-10045

Judge:          Gambardella

Chapter:          13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____June 17, 2020_____, at _10:00 a.m_.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

Debtor has been out of work for 2 months during COVID-19. Debtor's adult son who lives with him contracted COVID-19. He recovered, but Debtor was experiencing symptoms and required to quarantine and could not work. Debtor's employer stopped paying and Debtor did not receive unemployment.

☒ Other (**explain your answer**):

Debtor is beginning to work again. Debtor is filing an amended Chapter 13 Plan to extend the payment period, roll in Plan payment arrears and mortgage arrears.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 6/8/2020 _____

/s/ REYNALDO MANANSALA
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*