Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−10045−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Reynaldo L. Manansala
    8 Locust Avenue
    Dumont, NJ 07628

Social Security No.:
    xxx−xx−7367

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on March 14, 2019.

    On the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:              July 15, 2020
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 11, 2020
JAN: lc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10045-RG
Reynaldo L. Manansala                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2             Date Rcvd: Jun 11, 2020
                               Form ID: 185             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2020.
db            +Reynaldo L. Manansala,    8 Locust Avenue,    Dumont, NJ 07628-3515
cr            +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 340514,    Tampa, FL 33694-0514
517949537     +Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
518132116     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518132117     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517993489     +U.S. Bank National Association, as Trustee,    c/o Wells Fargo Bank, N.A.,
                Attention Payment Processing,    MAC# F2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
517949539     +Wells Fargo Home Mortgage,    MAC40151-025,    210 Wildwood PArkway,    Birmingham, AL 35209-7317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2020 23:06:35     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2020 23:06:32     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517949536      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 23:13:31      Capital One,
                1500 Capital One Drive,   Richmond, VA 23238
517949535     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 23:12:31      Capital One,
                PO Box 30281,   Salt Lake City, UT 84130-0281
518007507     +E-mail/Text: bk.notifications@jpmchase.com Jun 11 2020 23:06:28     JPMorgan Chase Bank, N.A.,
                PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517949538     +E-mail/Text: jennifer.chacon@spservicing.com Jun 11 2020 23:07:10     Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Securities Corp., CSAB
               Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as
               Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National, Association, as Trustee et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4 ewassall@logs.com, njbankruptcynotifications@logs.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4, U.S. Bank National Associat bk@stewartlegalgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Credit Suisse First Boston Securities Corp., CSAB
               Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as
               Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National, Association, as Trustee et
               al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael G. Boyd    on behalf of Debtor Reynaldo L. Manansala michaelboydlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 11, 2020
                              Form ID: 185             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 9