# BOYD & SQUITIERI, LLC

ATTORNEYS AT LAW

Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
Tel: (201) 894-9800
Fax: (201) 567-7809

_____

Michael G. Boyd, Esq.
Lisa R. Squitieri, Esq.

January 20, 2022

Clerk of the Bankruptcy Court
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ  07102

        **Re:**    **Reynaldo Manansala**
                  **Case No.: 19-10045-RG**

Please accept this letter as a formal request to withdraw a Motion to Approve Loan Modification as **Docket No. 67.**

Thank you for your assistance in this matter.

Very truly yours,

*Michael G. Boyd*

Michael G. Boyd