MICHAEL G. BOYD (MB-4904)
Boyd & Squitieri, LLC
Attorney at Law
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ  07631
(201) 894-9800
Attorney for Debtor

_____    **UNITED STATES BANKRUPTCY COURT**
In re:                              **DISTRICT OF NEW JERSEY**


Reynaldo Manansala,                 Chapter 13

    Debtor.                     Case No.:  19-10045-RG

                      Hon. Rosemary Gambardella

_____


## **CERTIFICATE OF SERVICE**

    On January 18, 2022, the undersigned forwarded, via U.S. Mail, a copy of the within Notice of Motion to Reinstate, Certification in Support of Motion and Proposed Order to the following parties:

    Reynaldo L. Manansala
    8 Locust Avenue
    Dumont, NJ 07628

    Marie-Ann Greenberg, Esq.
    Chapter 13 Standing Trustee
    30 Two Bridges Road, Suite 230
    Fairfield, NJ  07004

    Capital One
    PO Box 30281
    Salt Lake City, UT 84130

    Capital One
    1500 Capital One Drive
    Richmond, VA 23238

    Chase Auto Finance

PO Box 901003
Fort Worth, TX 76101

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Wells Fargo Home Mortgage (Specialized)
MAC40151-025
210 Wildwood Parkway
Birmingham, AL 35209

    January 18, 2022                        MICHAEL G. BOYD
                                              Attorney for Debtor

                                              By: /s/Michael G. Boyd
                                                  **Michael G. Boyd, Esq.**