MICHAEL G. BOYD (MB-4904)
Boyd & Squitieri, LLC
Attorney at Law
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ  07631
(201) 894-9800
Attorney for Debtor

_____

In re:

Reynaldo Manansala,

    Debtor.

_____

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Chapter 13

Case No.:  19-10045-RG

Hon. Rosemary Gambardella

## **CERTIFICATE OF SERVICE**

On March 11, 2022, the undersigned forwarded, via U.S. Mail, a copy of the within signed Order to the following parties:

Reynaldo L. Manansala
8 Locust Avenue
Dumont, NJ 07628

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 230
Fairfield, NJ  07004

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital One
1500 Capital One Drive
Richmond, VA 23238

Chase Auto Finance
PO Box 901003
Fort Worth, TX 76101

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Wells Fargo Home Mortgage (Specialized)
MAC40151-025
210 Wildwood Parkway
Birmingham, AL 35209

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| March 11, 2022 | MICHAEL G. BOYD |
| | Attorney for Debtor |
| | |
| | By: /s/Michael G. Boyd |
| | **Michael G. Boyd, Esq.** |