UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MICHAEL G. BOYD (MB-4904)
Boyd & Squitieri, LLC
Attorney at Law
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ  07631
(201) 894-9800
Attorney for Debtor

Order Filed on March 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reynaldo Manansala,

Debtor.

Case No.:　　　　19-10045-RG

Chapter:　　　　13

Judge:　　　　Gambardella

# ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

**DATED: March 25, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

2

An Application for Refund of Filing Fee having been filed by _____Michael G. Boyd_____

on _____Janaury 18, 2022_____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☒  Granted. The clerk will issue a refund in the amount of $ __235.00_____ to the

applicant.

☐  Denied.

*rev.7/6/18*