UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MICHAEL G. BOYD (MB-4904)
Boyd & Squitieri, LLC
Attorney at Law
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ  07631
(201) 894-9800
Attorney for Debtor

Order Filed on March 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reynaldo Manansala,

Debtor.

| | |
|---|---|
| Case No.: | 19-10045-RG |
| Chapter: | 13 |
| Judge: | Gambardella |

## ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

**DATED: March 25, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

An Application for Refund of Filing Fee having been filed by _____Michael G. Boyd_____

on _____Janaury 18, 2022_____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☒  Granted. The clerk will issue a refund in the amount of $ __235.00_____ to the

applicant.

☐  Denied.

*rev.7/6/18*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 19-10045-RG

Reynaldo L. Manansala                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Mar 25, 2022                Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Reynaldo L. Manansala, 8 Locust Avenue, Dumont, NJ 07628-3515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Credit Suisse First Boston Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Associat bk@stewartlegalgroup.com |

| | |
|---|---|
| District/off: 0312-2 | User: admin |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 |

Page 2 of 2
Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor Credit Suisse First Boston Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor U.S. Bank National Association, as Trustee et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael G. Boyd
    on behalf of Debtor Reynaldo L. Manansala michaelboydlaw@gmail.com

Sindi Mncina
    on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10