Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

**Chapter 13 Case # 19-10045**

Re:   REYNALDO L. MANANSALA                              Atty:   MICHAEL G. BOYD
      8 LOCUST AVENUE                                            CHESTNUT HILL PROFESSIONAL CENTER
      DUMONT, NJ  07628                                          157 ENGLE STREET
                                                                 ENGLEWOOD, NJ  07631

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/01/2019 | $2,021.00 | 5586807000 | 03/15/2019 | $2,021.00 | 5704786000 |
| 04/02/2019 | $2,021.00 | 5753015000 | 05/03/2019 | $2,021.00 | 5834977000 |
| 06/03/2019 | $2,021.00 | 5911356000 | 07/02/2019 | $2,021.00 | 5988873000 |
| 08/02/2019 | $2,021.00 | 6063881000 | 09/05/2019 | $2,021.00 | 6154937000 |
| 10/04/2019 | $2,021.00 | 6230940000 | 11/07/2019 | $2,021.00 | 6315231000 |
| 12/10/2019 | $2,021.00 | 6394680000 | 01/06/2020 | $2,021.00 | 6462347000 |
| 02/28/2020 | $2,021.00 | 6595877000 | 06/11/2020 | $1,666.00 | 6857914000 |
| 07/14/2020 | $1,668.00 | 6939044000 | 08/17/2020 | $2,145.99 | 7016238000 |
| 09/16/2020 | $1,907.00 | 7089921000 | 10/19/2020 | $1,907.00 | 7165719000 |
| 11/13/2020 | $1,907.00 | 7229728000 | 12/02/2020 | $1,907.00 | 7279762000 |
| 01/05/2021 | $1,907.00 | 7357203000 | 02/16/2021 | $1,907.00 | 7453151000 |
| 03/17/2021 | $1,907.00 | 7528791000 | 04/16/2021 | $1,907.00 | 7603955000 |
| 05/21/2021 | $1,907.00 | 7685817000 | 06/10/2021 | $1,907.00 | 7735037000 |
| 07/26/2021 | $1,907.00 | 7832507000 | 08/11/2021 | $1,907.00 | 7873771000 |
| 09/15/2021 | $1,907.00 | 7948698000 | 11/22/2021 | $1,907.00 | 8096521000 |
| 12/28/2021 | $1,907.00 | 8170526000 | 03/10/2022 | $1,907.00 | 1910045-80205094000 |
| 03/10/2022 | $1,907.00 | 1910045-27653220764 | 03/21/2022 | $1,900.00 | |
| 04/05/2022 | $1,000.00 | | 04/05/2022 | $907.00 | 27653220775 |
| 04/19/2022 | $1,900.00 | | 05/19/2022 | $1,900.00 | |
| 06/21/2022 | $1,900.00 | | 07/19/2022 | $1,900.00 | |
| 08/19/2022 | $1,900.00 | | 09/19/2022 | $1,900.00 | |
| 10/19/2022 | $1,900.00 | | 11/21/2022 | $1,900.00 | |
| 12/19/2022 | $1,900.00 | | 01/20/2023 | $1,900.00 | |
| 02/21/2023 | $1,900.00 | | 03/20/2023 | $1,900.00 | |
| 04/19/2023 | $1,900.00 | | 05/19/2023 | $1,900.00 | |
| 06/20/2023 | $1,900.00 | | 07/19/2023 | $1,900.00 | |
| 08/21/2023 | $1,900.00 | | 09/19/2023 | $1,900.00 | |
| 10/19/2023 | $1,900.00 | | 11/20/2023 | $1,900.00 | |
| 12/19/2023 | $1,900.00 | | 01/22/2024 | $1,900.00 | |
| 02/20/2024 | $1,900.00 | | 03/19/2024 | $1,900.00 | |
| 04/19/2024 | $1,900.00 | | 05/20/2024 | $1,900.00 | |

**Chapter 13 Case # 19-10045**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/20/2024 | $1,900.00 | | 07/19/2024 | $1,900.00 | |
| 08/19/2024 | $1,900.00 | | 09/19/2024 | $1,900.00 | |

**Total Receipts: $124,978.99  -  Amount Refunded to Debtor: $11.00  =  Receipts Applied to Plan: $124,967.99**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 7,209.70 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SELECT PORTFOLIO SERVICING | MORTGAGE ARRE | 9,667.00 | 100.00% | 9,667.00 | 0.00 |
| 0006 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 104,810.29 | 100.00% | 103,293.96 | 1,516.33 |
| 0007 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 522.01 | 8.99 |

**Total Paid: $123,442.67**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 05/20/2019 | $9.13 | 825687 | 06/17/2019 | $5.97 | 827688 |
| | 07/15/2019 | $5.97 | 829543 | 08/19/2019 | $5.97 | 831530 |
| | 09/16/2019 | $5.97 | 833540 | 10/21/2019 | $6.12 | 835569 |
| | 11/18/2019 | $5.89 | 837640 | 12/16/2019 | $5.89 | 839565 |
| | 01/13/2020 | $5.86 | 841439 | 02/10/2020 | $11.01 | 843327 |
| | 04/20/2020 | $5.76 | 847186 | 08/17/2020 | $9.27 | 854420 |
| | 09/21/2020 | $5.96 | 856250 | 10/19/2020 | $5.30 | 858115 |
| | 12/03/2020 | ($5.96) | 0 | 05/05/2021 | ($88.11) | 0 |
| SELECT PORTFOLIO SERVICING | | | | | | |
| | 04/20/2020 | $177.25 | 847545 | 07/20/2020 | $142.57 | 852898 |
| | 08/17/2020 | $142.74 | 854735 | 09/21/2020 | $183.65 | 856598 |
| | 10/19/2020 | $163.19 | 858442 | 12/21/2020 | $326.92 | 862069 |
| | 01/11/2021 | $163.18 | 863760 | 02/22/2021 | $163.18 | 865593 |
| | 04/19/2021 | $329.38 | 869110 | 05/04/2021 | ($163.18) | 863760 |
| | 05/17/2021 | $191.01 | 870957 | 06/21/2021 | $169.90 | 872787 |
| | 07/19/2021 | $169.90 | 874533 | 09/20/2021 | $339.80 | 878014 |
| | 10/18/2021 | $169.90 | 879746 | 11/03/2021 | ($169.90) | 874533 |
| | 11/17/2021 | $169.90 | 881444 | 01/04/2022 | ($339.80) | 878014 |
| | 01/10/2022 | $214.26 | 884726 | 01/19/2022 | ($169.90) | 0 |
| | 02/16/2022 | ($214.26) | 0 | 03/14/2022 | $424.41 | 888139 |
| | 04/18/2022 | $386.31 | 889877 | 05/16/2022 | $386.31 | 891547 |
| | 06/20/2022 | $192.80 | 893271 | 07/18/2022 | $192.80 | 894922 |
| | 08/03/2022 | ($386.31) | 889877 | 08/15/2022 | $386.31 | 896502 |
| | 09/02/2022 | ($386.31) | 891547 | 09/19/2022 | $772.62 | 898135 |
| | 10/17/2022 | $192.77 | 899781 | 11/14/2022 | $188.78 | 901342 |
| | 12/12/2022 | $188.78 | 902890 | 01/09/2023 | $228.74 | 904391 |
| | 02/13/2023 | $228.74 | 905938 | 03/13/2023 | $228.74 | 907535 |
| | 04/17/2023 | $228.74 | 909156 | 05/15/2023 | $228.74 | 910710 |
| | 06/12/2023 | $226.32 | 912197 | 07/17/2023 | $226.32 | 913716 |
| | 08/14/2023 | $226.32 | 915210 | 09/18/2023 | $226.32 | 916733 |
| | 10/16/2023 | $226.32 | 918181 | 11/13/2023 | $222.69 | 919626 |
| | 12/11/2023 | $222.69 | 921024 | 01/08/2024 | $222.69 | 922394 |

**Chapter 13 Case # 19-10045**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 02/12/2024 | $222.69 | 923786 | | 03/11/2024 | $222.69 | 925226 |
| | 04/15/2024 | $222.69 | 926700 | | 05/10/2024 | $222.69 | 928113 |
| | 06/17/2024 | $222.69 | 929584 | | 07/15/2024 | $222.69 | 930999 |
| | 08/19/2024 | $229.95 | 932463 | | 09/16/2024 | $229.95 | 933866 |
| | 10/21/2024 | $228.63 | 935328 | | | | |

**Chapter 13 Case # 19-10045**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 04/15/2019 | $977.24 | 824097 | 05/20/2019 | $1,754.36 | 826120 |
| | 06/17/2019 | $1,786.00 | 828071 | 07/15/2019 | $1,785.99 | 829933 |
| | 08/19/2019 | $1,785.99 | 831962 | 09/16/2019 | $1,785.99 | 833943 |
| | 10/21/2019 | $1,832.50 | 836005 | 11/18/2019 | $1,763.67 | 838051 |
| | 12/16/2019 | $1,763.67 | 839932 | 01/13/2020 | $1,754.10 | 841823 |
| | 01/13/2020 | $10.40 | 841823 | 02/10/2020 | $19.53 | 843695 |
| | 02/10/2020 | $3,295.13 | 843695 | 04/20/2020 | $10.21 | 847586 |
| | 04/20/2020 | $1,722.70 | 847586 | 07/20/2020 | $8.21 | 852938 |
| | 07/20/2020 | $1,385.63 | 852938 | 08/17/2020 | $1,387.31 | 854770 |
| | 08/17/2020 | $8.22 | 854770 | 09/21/2020 | $10.58 | 856636 |
| | 09/21/2020 | $1,784.85 | 856636 | 10/19/2020 | $1,586.08 | 858476 |
| | 10/19/2020 | $9.40 | 858476 | 12/21/2020 | $18.84 | 861346 |
| | 12/21/2020 | $3,177.31 | 861346 | 01/11/2021 | $9.40 | 863150 |
| | 01/11/2021 | $1,585.97 | 863150 | 02/22/2021 | $9.40 | 864798 |
| | 02/22/2021 | $1,585.98 | 864798 | 03/15/2021 | $19.58 | 866673 |
| | 04/19/2021 | $18.98 | 868321 | 04/19/2021 | $3,181.72 | 868321 |
| | 05/17/2021 | $10.75 | 870234 | 05/17/2021 | $1,813.52 | 870234 |
| | 06/21/2021 | $9.56 | 872021 | 06/21/2021 | $1,613.12 | 872021 |
| | 07/19/2021 | $9.56 | 873829 | 07/19/2021 | $1,613.12 | 873829 |
| | 09/20/2021 | $3,226.24 | 877238 | 09/20/2021 | $19.13 | 877238 |
| | 10/18/2021 | $9.56 | 879022 | 10/18/2021 | $1,613.12 | 879022 |
| | 01/10/2022 | $1,925.77 | 884010 | 01/10/2022 | $11.42 | 884010 |
| | 03/14/2022 | $21.28 | 887404 | 03/14/2022 | $3,590.38 | 887404 |
| | 04/18/2022 | $19.37 | 889083 | 04/18/2022 | $3,268.07 | 889083 |
| | 05/16/2022 | $3,268.08 | 890809 | 05/16/2022 | $19.37 | 890809 |
| | 06/20/2022 | $9.67 | 892474 | 06/20/2022 | $1,631.04 | 892474 |
| | 07/18/2022 | $1,631.03 | 894213 | 07/18/2022 | $9.67 | 894213 |
| | 08/15/2022 | $10.81 | 895774 | 08/15/2022 | $1,822.69 | 895774 |
| | 09/19/2022 | $8.53 | 897370 | 09/19/2022 | $1,438.66 | 897370 |
| | 10/17/2022 | $1,631.06 | 899035 | 10/17/2022 | $9.67 | 899035 |
| | 11/14/2022 | $1,597.26 | 900608 | 11/14/2022 | $9.47 | 900608 |
| | 12/12/2022 | $1,597.26 | 902176 | 12/12/2022 | $9.47 | 902176 |
| | 01/09/2023 | $1,557.53 | 903662 | 01/09/2023 | ($1,557.53) | 903662 |
| | 01/09/2023 | $1,557.53 | 904808 | 01/09/2023 | $9.23 | 903662 |
| | 01/09/2023 | ($9.23) | 903662 | 01/09/2023 | $9.23 | 904808 |
| | 02/13/2023 | $9.23 | 905168 | 02/13/2023 | $1,557.53 | 905168 |
| | 03/13/2023 | $9.23 | 906787 | 03/13/2023 | $1,557.53 | 906787 |
| | 04/17/2023 | $9.23 | 908352 | 04/17/2023 | $1,557.53 | 908352 |
| | 05/15/2023 | $9.23 | 909980 | 05/15/2023 | $1,557.53 | 909980 |
| | 06/12/2023 | $9.14 | 911437 | 06/12/2023 | $1,541.04 | 911437 |
| | 07/17/2023 | $1,541.04 | 912951 | 07/17/2023 | $9.14 | 912951 |
| | 08/14/2023 | $9.14 | 914464 | 08/14/2023 | $1,541.04 | 914464 |
| | 09/18/2023 | $9.14 | 915956 | 09/18/2023 | $1,541.04 | 915956 |
| | 10/16/2023 | $1,541.04 | 917460 | 10/16/2023 | $9.14 | 917460 |
| | 11/13/2023 | $8.99 | 918881 | 11/13/2023 | $1,516.32 | 918881 |
| | 12/11/2023 | $1,516.32 | 920307 | 12/11/2023 | $8.99 | 920307 |
| | 01/08/2024 | $8.99 | 921700 | 01/08/2024 | $1,516.32 | 921700 |
| | 02/12/2024 | $8.99 | 923033 | 02/12/2024 | $1,516.32 | 923033 |
| | 03/11/2024 | $1,516.32 | 924492 | 03/11/2024 | $8.99 | 924492 |
| | 04/15/2024 | $8.99 | 925908 | 04/15/2024 | $1,516.32 | 925908 |
| | 05/10/2024 | $8.99 | 927404 | 05/10/2024 | $1,516.32 | 927404 |
| | 06/17/2024 | $8.99 | 928780 | 06/17/2024 | $1,516.33 | 928780 |
| | 07/15/2024 | $8.99 | 930272 | 07/15/2024 | $1,516.33 | 930272 |
| | 08/19/2024 | $9.28 | 931663 | 08/19/2024 | $1,565.77 | 931663 |
| | 09/04/2024 | ($1,565.77) | 931663 | 09/04/2024 | ($9.28) | 931663 |
| | 09/16/2024 | $18.56 | 933145 | 09/16/2024 | $3,131.54 | 933145 |
| | 10/21/2024 | $9.22 | 934502 | 10/21/2024 | $1,556.81 | 934502 |
| | 11/04/2024 | ($8.99) | 930272 | 11/04/2024 | ($1,516.33) | 930272 |

**Chapter 13 Case # 19-10045**

# SUMMARY

| | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: November 14, 2024. | | | |
| Receipts: $124,967.99   -   Paid to Claims: $113,482.97   -   Admin Costs Paid: $9,959.70   =   Funds on Hand: $1,525.32 | | | |
| Unpaid Balance to Claims: $1,525.32   +   Unpaid Trustee Comp: $0.00   =   Total Unpaid Balance: **$0.00 | | | |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.