Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10045−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reynaldo L. Manansala
   8 Locust Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−7367

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 29, 2025
JAN: slm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-10045-RG
Reynaldo L. Manansala                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 3
Date Rcvd: Jan 29, 2025            Form ID: 148            Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reynaldo L. Manansala, 8 Locust Avenue, Dumont, NJ 07628-3515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jan 29 2025 20:45:45 | Specialized Loan Servicing, LLC, as servicing agen, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517949536 | | EDI: CAPITALONE.COM | Jan 30 2025 01:37:00 | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 517949535 | + | EDI: CAPITALONE.COM | Jan 30 2025 01:37:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517949537 | | EDI: JPMORGANCHASE | Jan 30 2025 01:37:00 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101 |
| 518007507 | | EDI: JPMORGANCHASE | Jan 30 2025 01:37:00 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038 |
| 520459361 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 29 2025 20:52:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520459360 | | Email/Text: mtgbk@shellpointmtg.com | Jan 29 2025 20:52:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 517949538 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2025 20:53:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518132116 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 29 2025 20:52:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517993489 | + | EDI: WFFC2 | Jan 30 2025 01:37:00 | U.S. Bank National Association, as Trustee, c/o Wells Fargo Bank, N.A., Attention Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517949539 | + | EDI: WFFC | Jan 30 2025 01:38:00 | Wells Fargo Home Mortgage, MAC40151-025, 210 Wildwood PArkway, Birmingham, AL 35209-7317 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID   | Bypass Reason | Name and Address |
|------------|---------------|------------------|
| 518132117  | *+            | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025                           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

**Name**              **Email Address**

Denise E. Carlon

on behalf of Creditor Credit Suisse First Boston Securities Corp.  CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor U.S. Bank National  Association, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough

on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Mortgage Trust Series 2006-6 Home Equity Mortgage Pass-Through Certificates, Series 2006-6 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Elizabeth L. Wassall

on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Associat bk@stewartlegalgroup.com

Joshua I. Goldman

on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Kevin Gordon McDonald

on behalf of Creditor Credit Suisse First Boston Securities Corp.  CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald

on behalf of Creditor U.S. Bank National  Association, as Trustee et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Michael G. Boyd

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 29, 2025 | Form ID: 148 | Total Noticed: 14 |

                on behalf of Debtor Reynaldo L. Manansala michaelboydlaw@gmail.com  desireevjanica@gmail.com

Nathalie Rodriguez
                on behalf of Creditor Select Portfolio Servicing  inc. nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Sindi Mncina
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14